IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STATE OF NEW JERSEY,                )
                                    )   Civil Action
          Plaintiff                 )   No. 07-CV-5298
                                    )
          vs.                       )
                                    )
RELIANT ENERGY MID-ATLANTIC         )
     POWER HOLDINGS, LLC,           )
RELIANT ENERGY POWER                )
     GENERATION, INC.,              )
SITHE ENERGIES, INC.,               )
  now known as Dynegy, Inc., and    )
METROPOLITAN EDISON CO.,            )
                                    )
          Defendants                )
                                    )
     and                            )
                                    )
STATE OF CONNECTICUT,               )
                                    )
          Intervenor-Plaintiff      )
                                    )
          vs.                       )
                                    )
RELIANT ENERGY MID-ATLANTIC         )
     POWER HOLDINGS, LLC,           )
RELIANT ENERGY POWER                )
     GENERATION, INC.,              )
SITHE ENERGIES, INC.,               )
  now known as Dynegy, Inc., and    )
METROPOLITAN EDISON CO.,            )
                                    )
          Intervenor-Defendants     )

O R D E R

          NOW, this 30th day of September, 2009, upon

consideration of the following documents:

          (1)  Motion to Dismiss Counts 1-5 and 7-11 of New
               Jersey's First Amended Complaint Submitted by
               Defendants Reliant Mid-Atlantic Power
               Holdings, LLC, Reliant Power Generation,
               Inc., and Sithe Energies, Inc., which motion
               was filed February 19, 2009;

(2)   Defendant Metropolitan Edison Company's
      Motion to Dismiss Plaintiff New Jersey's
      First Amended Complaint, which motion was
      filed February 19, 2009;

(3)   Plaintiff's Memorandum of Law in Opposition
      to Motion to Dismiss by Defendant
      Metropolitan Edison Company, which memorandum
      was filed March 23, 2009 by plaintiff the
      State of New Jersey;

(4)   Plaintiff's Memorandum of Law in Opposition
      to Motion to Dismiss by Defendants Reliant
      Mid-Atlantic Power Holdings, LLC, Reliant
      Power Generation, Inc., and Sithe Energies,
      Inc., which memorandum was filed March 23,
      2009 by plaintiff the State of New Jersey;

(5)   Defendant Metropolitan Edison Company's
      Motion to Dismiss Plaintiff-Intervenor
      Connecticut's Complaint-in-Intervention,
      which motion was filed April 23, 2009;

(6)   Motion to Dismiss Counts 1-5 and 7-11 of
      Plaintiff-Intervenor Connecticut's Complaint-
      in-Intervention Submitted by Defendants
      Reliant Mid-Atlantic Power Holdings, LLC,
      Reliant Power Generation, Inc., and Sithe
      Energies, Inc., which motion was filed
      April 27, 2009;

(7)   Plaintiff-Intervenor State of Connecticut's
      Opposition to Motion to Dismiss of Defendant
      Metropolitan Edison Company, which opposition
      was filed May 18, 2009 by intervenor-
      plaintiff the State of Connecticut;

(8)   Plaintiff-Intervenor State of Connecticut's
      Amended Objection to Motion to Motion to
      Dismiss of Defendants Reliant Mid-Atlantic
      Power Holdings, LLC, Reliant Power
      Generation, Inc., and Sithe Energies, Inc.,
      which opposition was filed May 22, 2009 by
      intervenor-plaintiff the State of
      Connecticut; and

(9)   Reply Memorandum in Support of Motion to
      Dismiss Counts 1-5 and 7-11 of Plaintiff-

> Intervenor Connecticut's Complaint-in-
> Intervention Submitted by Defendants Reliant
> Mid-Atlantic Power Holdings, LLC, Reliant
> Power Generation, Inc., and Sithe Energies,
> Inc., which reply brief was filed May 29,
> 2009 with leave of court;

upon consideration of the briefs of the parties; after oral argument before the undersigned on June 1, 2009; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that each motion to dismiss is granted in part and denied in part.

IT IS FURTHER ORDERED that New Jersey's First Amended Complaint and Connecticut's First Amended Complaint-in-Intervention are dismissed to the extent they seek injunctive relief against defendant Metropolitan Edison Company.

IT IS FURTHER ORDERED that Defendant Metropolitan Edison Company's Motion to Dismiss Plaintiff New Jersey's First Amended Complaint and Defendant Metropolitan Edison Company's Motion to Dismiss Plaintiff-Intervenor Connecticut's Complaint-in-Intervention are dismissed as moot, to the extent they seek dismissal of Counts 5-6 and 10 of each complaint against Metropolitan Edison.

IT IS FURTHER ORDERED that each motion to dismiss is granted to the extent it seeks dismissal of Count 11 of the State of New Jersey's First Amended Complaint and the State of Connecticut's First Amended Complaint-in-Intervention.

IT IS FURTHER ORDERED that the Motion to Dismiss Counts 1-5 and 7-11 of New Jersey's First Amended Complaint Submitted by Defendants Reliant Mid-Atlantic Power Holdings, LLC, Reliant Power Generation, Inc., and Sithe Energies, Inc. is granted to the extent it seeks to strike paragraphs 78, 88, 98, 107, 117, 127, 138, 148, 158 and 168 of New Jersey's First Amended Complaint.

IT IS FURTHER ORDERED that paragraphs 78, 88, 98, 107, 117, 127, 138, 148, 158 and 168 of New Jersey's First Amended Complaint are stricken without prejudice for New Jersey to seek leave to file a supplemental pleading, if appropriate, after discovery.

IT IS FURTHER ORDERED that the Motion to Dismiss Counts 1-5 and 7-11 of Plaintiff-Intervenor Connecticut's Complaint-in-Intervention Submitted by Defendants Reliant Mid-Atlantic Power Holdings, LLC, Reliant Power Generation, Inc., and Sithe Energies, Inc. is granted to the extent it seeks to strike paragraphs 73, 83, 93, 103, 113, 123, 134, 144, 154 and 164 of Connecticut's Complaint-in-Intervention.

IT IS FURTHER ORDERED that paragraphs 73, 83, 93, 103, 113, 123, 134, 144, 154 and 164 of Connecticut's First Amended Complaint-in-Intervention are stricken without prejudice for Connecticut to seek leave to file a supplemental pleading, if appropriate, after discovery.

-iv-

IT IS FURTHER ORDERED that in all other respects, each motion to dismiss is denied.

BY THE COURT:


 /s/ James Knoll Gardner
James Knoll Gardner
United States District Judge